UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-31977 |
| | ) | |
| Manzoor S. Haq, | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO USE, SELL, OR LEASE PROPERTY UNDER 11 U.S.C. SECTION 363(b)

This matter coming before the Court on the debtor's motion to use, sell, or lease property under 11 U.S.C. section 363(b), the Court being advised in the premises, and notice having been given;

IT IS HEREBY ORDERED THAT:

1. The Debtor's motion to use, sell, or lease the property located at 1219 Hunter Circle, Naperville, IL 60540 is granted under 11 U.S.C. section 363(b).

2. The Debtor must provide the Trustee with a complete copy of the closing statement within 10 days of closing.

3. The Debtor must turn over all non-exempt proceeds received from the sale after the Debtor's homestead exemption is applied, and all non-exempt proceeds sufficient to pay off the plan per the Trustee's payoff letter must be turned over to the Trustee toward the chapter 13 plan within 10 days of the closing.

4. The balance owed on the note secured by a mortgage held by Devon Bank must be paid in full at closing.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: MAY - 6 2019

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20170105_bko